1110

In the Matter of SYLVIA GOLUB, Deceased. NORMAN GOLUB, Respondent; J. DAVID GOLUB, Appellant. (Matter No. 1.)

NORMAN GOLUB, Respondent v JERRY DAVID GOLUB, Appellant. (Matter No. 2.)

Submitted December 5, 2016; decided December 15, 2016

Reported below, 2015 NY Slip Op 67154(U).

Motion for a stay and injunctive relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion because no appeal or motion for leave to appeal is pending before this Court (*see* CPLR 5519).

Chief Judge DiFIORE and Judge GARCIA taking no part.

RICHARD GROSSMAN, Respondent, v TCR, Also Known as THE CLUB OF RIVERDALE, Appellant.

Decided December 15, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JOSEPH P. and Others, Children Alleged to be Permanently Neglected. EDWIN P., Appellant, et al., Respondent; NEW ALTERNATIVES FOR CHILDREN, INC., Respondent.

Submitted November 7, 2016; decided December 15, 2016

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.